IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL WAYNE HARDING,** | ) | Civil Action No. 7:14cv00302 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FLOYD G. AYLOR,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Superintendent Aylor's motion for a protective order (Docket No. 19) is **GRANTED**; Superintendent Aylor's motion to dismiss (Docket No. 9) is **DENIED in part** as to the claim about the delivery of toilet paper and is **GRANTED in part** as to all other claims against Superintendent Aylor; claims against defendants John Doe and Jane Doe are dismissed without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); defendants John Doe and Jane Doe are **TERMINATED** as defendants; and Superintendent Aylor shall **FILE** a motion for summary judgment supported by affidavits within thirty days of this Order's entry pursuant to Standing Order 2013-6.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This  4th   day of September, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE